UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIN SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No.: 5:17-CV-02224-VEB<br><br>**ORDER AWARDING ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorneys' fees under the EAJA in the amount of SEVEN THOUSAND SIX HUNDRED NINTY SEVEN DOLLARS AND SEVENTY FOUR CENTS ($7,697.74), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation.

Dated: September 10, 2019      /s/Victor E. Bianchini
                                                   VICTOR E. BIANCHINI
                                                   UNITED STATES MAGISTRATE JUDGE